In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-13-00118-CR
_____


### EX PARTE RAYON ANTHONY DEAN

_____


**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 13-02-01765 CR**
_____


### MEMORANDUM OPINION

Rayon Anthony Dean has filed a motion to dismiss his appeal. *See* Tex. R. App.

P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by

counsel of record. No opinion has issued in this appeal. The motion is granted, and the

appeal is therefore dismissed.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered June 12, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.

1